In The United States District Court

For the Southern District Of Georgia

Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 JUL 29 PM 2:55
CLERK
SO DIST OF GA.

Kevin Humphrey,

    Petitioner,

vs.

Brain Owens, Commissioner,

Georgia Department of Corrections,

et.al.,

    Respondents.

Civil Action

No._____

CV413-182

28 U.S.C. 2241 & 2254

Habeas Corpus

**Petition For Writ of Habeas Corpus**

**Pursuant To 28 U.S.C. 2241   2254**

Kevin Humphrey

Petitioner     Pro se

107 Sunshine ave., Lot 127

Savannah, Ga. 31405

# In The United States District Court

## For the Southern District Of Georgia

## Savannah Division

Kevin Humphrey,

    Petitioner,

vs.

Brain Owens, Commissioner,

Georgia Department of Corrections,

et.al.,

    Respondents.

Civil Action

No._____

28 U.S.C. 2241 & 2254

Habeas Corpus

### Petition For Writ of Habeas Corpus

Pursuant To 28 U.S.C. 2241  2254

Please complete the following: ( check apporpriatespace )

1. This petition concerns:
   - A. _____ A conviction
   - B. _____ A sentence
   - C. _____ Jail or Prison condition
   - D. _____ Prison disciple
   - E. _____ A parole problem
   - F. <u>Probation problem</u>   Other

2. Place of detention: Petitioner is currently on Probation.

1.

3. **Name and location of Court which imposed sentence.** In the Superior Court of Houston County, Georgia.

4. **The Indictment number or numbers ( if known ) upon which, and the offense or offenses for Which sentence was imposed:**

    A.   ( one count )  Child Molestation.

    B.

    C.

5. **The date upon which sentence was imposed and the terms of the sentence:**

    A.   October 2003

    B.

    C.

6. **Check whether a finding of guilty was made:**

    A.   X        After a plea of Guilty.
    B.            After a plea of not Guilty.
    C.            After a plea of Nolo Contendere.

7. If you were found guilty after a plea of not guilty, check whether that finding was made by:

    A.            A jury.

    B.            A Judge without a jury.

8. Did you appeal from the judgement of conviction or the imposition of sentence:

Yes_____           No__X_____

9. If you did appeal, give the following information for each appeal.

    1. Name of Court_____
    2. Result_____
    3. Date of Result_____
    4. Citation or number of opinion_____
    5. Grounds raised ( list each ) :

    A._____

    B._____

    C._____

    D._____

Caution: If you are attacking a sentence imposed under a Federal Judgment, you must first file a direct appeal or motion under 28 U.S.C. 2255 in the Federal Court which entered the judgment.

10. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page behind this page.

Caution: If you fail to set forth all grounds in this petition you may be barred from presenting additional grounds at a later date.

- A. Ground One: See attached Addendum
- B. Ground Two: See attached Addendum
- C. Ground Three: See attached Addendum
- D. Ground Four: See Attached Addendum

11. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28 U.S.C., or other applications, petitions, or motions with respect to this conviction?

Yes _____                                  No_X_

12. If your answer to question 11 was " yes", give the following information:

    A. Name of Court:

    B. Nature of proceedings:

    C. Grounds raised:

    D. Result:

    E. Date of result:

4.

F. Citation or number of any written opinion or order entered pursuant to each such

Disposition: _____

13. If you did not file a motion under Section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied state why your remedy by way of such motion is inadequate or ineffective to test The legality of your detention. **Not Applicable**

14. Are you represented by counsel? _____ YES    X No

Wherefore, the petitioner prays that this Honorable Court grant the relief in which the Petitioner may be justly entitled in this proceeding.

I hereby declare under the penalty of perjury of the laws of the United States of American and pursuant to Title 21 U.S.C. Section 1746, that the foregoing writ of habeas corpus and attached Addendum are true and correctto the best of my knowledge.

On this _____29th_____ day of _____July_____, 2013.

Respectfully submitted,

Kevin Humphrey

Petitioner                    Pro se

107 Sunshine ave., Lot 127

Savannah, Ga. 31405

5.